# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:18-cr-00045 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| ) | |
| XZAVEON PEETE ) | |

## ORDER

The hearing scheduled for October 11, 2019, at 11:00 a.m., to consider a change of plea by Defendant is **RESCHEDULED** for 8:45 a.m. on the same day. On or before October 10, 2018, the parties shall submit to chambers the proposed plea agreement, and a document that lists the elements of each offense to which Defendant is pleading guilty and the statutory penalty for each, including period of incarceration, fine, and the applicable period of supervised release, and Defendant shall submit a plea petition.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE