UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:18-00045

UNITED STATES OF AMERICA

V.

XZAVEON PEETE

(list each defendant appearing at hearing)

Judge: William L. Campbell
Hearing Date: October 11, 2019
Location: ☒ Nashville  ○ Columbia  ○ Cookeville
Court Reporter: Brian Ratekin
Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Ben Schrader, Rascoe Dean

Defense Attorney(s): Dwight Scott

### TRIAL PROCEEDINGS
1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

### NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☒
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Plea accepted, sentencing set for February 3, 2020, at 4:00 p.m. Order to enter.

Total Time in Court: 32 minutes

Kirk L. Davies, Clerk of Court
by: Angie Brewer